UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:03CR231-MU |
| | ) | |
| v. | ) | ORDER TO DISMISS |
| | ) | BILL OF INDICTMENT |
| | ) | WITHOUT PREJUDICE |
| LEON EDWIN HOYLE | ) | |

Upon the government's Motion, the Court grants the dismissal of the Bill of Indictment in the above-captioned matter as to the listed Defendant only, without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

This the 21st day of June, 2005



GRAHAM C. MULLEN
UNITED STATES DISTRICT JUDGE

DOCUMENT
SCANNED